**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN FLORES,<br><br>      Plaintiff,<br><br>v.<br><br>CINTAS CORPORATION, et al.,<br><br>      Defendants. | No. 2:21-cv-08143-JAK (KSx)<br><br>**ORDER RE JOINT NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL (DKT. 19)**<br><br>**JS-6: CASE TERMINATED** |

Based on a review of the Joint Notice of Settlement and Stipulation of Dismissal (the "Stipulation" (Dkt. 19)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

All claims in this action are dismissed with prejudice, with each party to bear its own attorney's fees, expenses and costs of court, if any.

**IT IS SO ORDERED.**

Dated: October 10, 2023

John A. Kronstadt
United States District Judge